UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

ALPHONSE WILLIAMS,

                Plaintiff,

   -against-

Kristal Cadillac; President/Owner Kristal
Cadillac LILAAHAR (SAMMY) BICAL,
Financial Manager, WRENROY SMITH; Sale
Consultant, WILLIAM (BILL) HAIRSTON;
GMAC Financial Institution,

                Defendants.
-------------------------------------------------------X

## CIVIL JUDGMENT

09-CV-3040 (ARR)

Pursuant to the court's Memorandum and Order issued on November 4, 2009 dismissing this complaint, it is

**ORDERED, ADJUDGED AND DECREED:** That this complaint is hereby dismissed for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(h)(3). Although plaintiff has paid the filing fee to initiate this action, the court certifies pursuant to 28 U.S.C. § 1915(a) that any appeal from the order would not be taken in good faith and therefore *in forma pauperis* is denied for the purpose of any appeal.

                                       /S/
                                  Allyne R. Ross
                                  United States District Judge

Dated: Brooklyn, New York
         November 4, 2009

**Service List:**

Plaintiff (Pro Se):
Alphonse Williams
241 Hoyt Street
Apt. 9G
Brooklyn, NY 11217